```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 01234
   KEITH L SPENCE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6506

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/14/2005 and was confirmed 03/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/21/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG         .00            .00            .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE    35622.70            .00       35622.70
MIDAMERICA BANK            NOTICE ONLY     NOT FILED            .00            .00
MIDAMERICA FSB             NOTICE ONLY     NOT FILED            .00            .00
BANK OF AMERICA NA         SECURED NOT I         .00            .00            .00
BANK OF AMERICA NA         UNSECURED       NOT FILED            .00            .00
CHASE AUTO FINANCE         SECURED          12950.00        2217.74       10566.41
CHASE AUTO FINANCE         UNSECURED         6609.84            .00            .00
HOUSEHOLD FINANCE CORP     CURRENT MORTG         .00            .00            .00
HOUSEHOLD FINANCE CORP     MORTGAGE ARRE     3753.45            .00        3169.57
INTERNAL REVENUE SERVICE   PRIORITY         17685.10            .00            .00
ACS                        UNSECURED       NOT FILED            .00            .00
LVNV FUNDING LLC           UNSECURED          708.62            .00            .00
CHILDRENS SURGICAL FOUND   UNSECURED       NOT FILED            .00            .00
CHILDRENS SURGICAL FOUND   UNSECURED       NOT FILED            .00            .00
FCNB                       UNSECURED       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         1560.24            .00            .00
J C PENNEY                 UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         5109.15            .00            .00
MUTUAL HOSPITAL SVC INC    UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          366.35            .00            .00
UNIVERSITY OF CHICAGO      UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED          995.00            .00            .00
S&S LENDING/BUY OWNER      UNSECURED         2953.00            .00            .00
CITIBANK                   UNSECURED         1788.78            .00            .00
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED            .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY       1,800.00                      1,800.00
TOM VAUGHN                 TRUSTEE                                         3,164.58
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 01234 KEITH L SPENCE
```

```
                              RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       56,541.00

PRIORITY                                                   .00
SECURED                                              49,358.68
    INTEREST                                          2,217.74
UNSECURED                                                  .00
ADMINISTRATIVE                                        1,800.00
TRUSTEE COMPENSATION                                  3,164.58
DEBTOR REFUND                                              .00
                          ---------------       ---------------
TOTALS                        56,541.00             56,541.00
```

　　　Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
    Dated: 03/05/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```